# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Xtra Care Inc., | Case No. 24-cv-120 PJS/ECW |
| Plaintiff, | |
| v. | **ORDER** |
| Birkshire Hathaway et al., | |
| Defendants. | |

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated March 22, 2024, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 4/22/24

*s/Patrick J. Schiltz*
PATRICK J. SCHILTZ
United States Chief District Judge