# UNITED STATES DISTRICT COURT

## District of Minnesota

Xtra Care Inc,

Plaintiff,

v.

Birkshire Hathaway, NorGuard Insurance,

Defendants.

## JUDGMENT IN A CIVIL CASE

Case Number: 24-cv-00120 (PJS/ECW)

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT: this action is DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(b) for failure to prosecute.

Date: 4/23/2024

KATE M. FOGARTY, CLERK